## MORRISON-TIFFIN v. HAMPTON

No. 37P95

Case below: 117 N.C.App. 494

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 2 March 1995. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

## PEACE RIVER ELECTRIC COOPERATIVE v. WARD TRANSFORMER CO.

No. 567P94

Case below: 116 N.C.App. 493

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

## QUAKER STATE CORP. v. ALLIED OIL & MOTOR CO.

No. 30P95

Case below: 117 N.C.App. 613

Notice of appeal by defendants (W.T. Denman, III and Charles E. Russell) (substantial constitutional question) dismissed 2 March 1995. Petition by defendants (W.T. Denman, III and Charles E. Russell) for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

## SEARCY v. SEARCY

No. 18P95

Case below: 117 N.C.App. 305

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

## STATE v. ATWATER

No. 621P94

Case below: 110 N.C.App. 314

Petition by defendant (Fennell) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 1995.